| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Colloton, Steven M | 2. Court or Organization<br><br>US Ct. of Appeals-8th Circuit | 3. Date of Report<br><br>05/09/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judges - Active | 5. ReportType (check appropriate type)<br><br>◯ Nomination    Date<br><br>◯ Initial    ◉ Annual    ◯ Final | 6. Reporting Period<br><br>01/01/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>110 E. Court Avenue, Suite 429<br>Des Moines, IA<br>50309-2053 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 12 P 2:01 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Colloton, Steven M | 05/09/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | American Broadcasting Cos, Inc. ▅▅▅ Wages |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

**V. GIFTS.** (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

**VI. LIABILITIES.** (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M | 05/09/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Iowa State Bank and Trust - Accounts | B | Interest | N | T | | | | | |
| 2. Smith Barney Bank Deposit Program | A | Interest | J | T | | | | | |
| 3. Vanguard Prime Money Market | B | Dividend | M | T | | | | | |
| 4. Vanguard Intermediate Term Tax-Exempt Muni Bond Fund | A | Interest | K | T | | | | | |
| 5. UNI, St. Bd. Of Regents Dorm Rev Bonds, 3.375%, Due 7/1/2010 | A | Interest | J | T | | | | | |
| 6. U of IA, St. Bd. Of Regents Aca Bldg Bonds, 5%, Due 7/1/2015 | A | Interest | | | Redemption | 07/01 | K | A | |
| 7. U of IA, St. Bd. Of Regents Dorm Bonds, 6.25%, Due 7/1/2007 | C | Interest | L | T | | | | | |
| 8. ISB Financial Corp, IA City, IA - 500 Common Stock | A | Dividend | J | T | | | | | |
| 9. 401(k) ▉▉▉ | | | | | | | | | |
| 10. - Fidelity Magellan Mutual Fund ▉▉▉ | A | Dividend | | | Sell | 9/30 | J | | |
| 11. - Calamos Growth A Mutual Fund ▉▉▉ | A | Dividend | J | T | | | | | |
| 12. - Fidelity Capital Appreciation ▉▉▉ | A | Dividend | J | T | Buy | 9/30 | J | | |
| 13. Nationwide Life Insurance Company Whole Life Policy | A | Dividend | J | U | | | | | |
| 14. TIAA Whole Life Policy #1 | | | | | Donated | | | | |
| 15. TIAA Whole Life Policy #2 | | | | | Donated | | | | |
| 16. TIAA Whole Life Policy #3 | | | | | Donated | | | | |
| 17. Coralville IA, Pbl Imp Gen Ob Bond 5.375%, Due 6/1/2023 | A | Interest | J | T | | | | | |
| 18. Dreyfus FL Muni Money Market | A | Interest | K | T | Buy | 07/01 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000  N = $250,001-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000  P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market  U = Book Value  V = Other  W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Colloton, Steven M | 05/09/2005 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Part VII, Lines 14-16 -- In this report and previous reports, TIAA Policy #1 encompasses two policy numbers. TIAA Policies # 1, 2, and 3 were donated to non-dependent relatives in 2004.

Part VII, Line 1 – Pursuant to the Filing Instructions for Part VII, item 2, page 37, that "[i]nformation for all cash equivalent accounts at each institution may be aggregated," all accounts at Iowa State Bank & Trust have been aggregated. Accordingly, in this report, the entries from the 2003 report in Part VII, lines 1 and 2 have been aggregated.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Colloton, Steven M | 05/09/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur                         Date  5-/0-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544